**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZANA SMILE CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:22-cv-08959-FMO-MRW <br><br> Hon. Fernando M. Olguin <br><br> **ORDER RE: STIPULATION [18] OF DISMISSAL** <br><br> Complaint Filed: November 4, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

After consideration of the stipulation of Plaintiff Tarzana Smile Center and Defendant Travelers Casualty Insurance Company of America, the above-referenced action is now dismissed with prejudice. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 11, 2023

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE